DB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CHENG WEI HUANG,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

<u>AFFIDAVIT & COMPLAINT
IN SUPPORT OF AN
ARREST WARRANT</u>

(18 U.S.C. §§ 912 and 2)

Case No. 23-MJ-707

EASTERN DISTRICT OF NEW YORK, SS:

        SARAH VAN FOSSEN, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

        On or about July 16, 2023, within the Eastern District of New York and elsewhere, the defendant, CHENG WEI HUANG, together with others, did knowingly and willfully falsely pretend to be an officer acting under the authority of the United States, and subsequently acted as such.

        (Title 18, United States Code, Sections 912 and 2)

        The source of your deponent's information and the grounds for her belief are as follows:[1]

        1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2022. During my time at the FBI, I have been involved in the investigation of

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

numerous cases concerning armed robberies and impersonation. I am familiar with the facts and circumstances set forth below from my review of the investigative file, including the defendant's criminal history record; from reports of other law enforcement officers involved in the investigation; and my participation in the investigation.

2. On or about 7:00 a.m. on July 16, 2023, the defendant, CHENG WEI HUANG, and an accomplice, Rustambek Zokirov, approached two victims in the parking garage in the basement of the apartment complex where the victims reside. WEI HUANG and Zokirov then brandished purported firearms, identified themselves to the victims as FBI agents, handcuffed the victims, and escorted the victims to an elevator in the garage leading to the victims' apartment. WEI HUANG and Zokirov told the victims that they were FBI agents and that the victims needed to bring WEI HUANG and Zokirov to their apartment for questioning.

3. Once inside the apartment, WEI HUANG and Zokirov restrained the victims with, among other things, duct tape, and also brandished purported firearms, which WEI HUANG and Zokirov threatened to use on the victims if they did not cooperate. WEI HUANG and Zokirov then stole various items, including credit cards, designer handbags and luxury jewelry, a cellular device owned by one of the victims, the keys to the victims' Mercedes-Benz, and approximately $30,000 in cryptocurrency.

4. At or about 9:00 p.m. on July 16, 2023, WEI HUANG and Zokirov left the apartment with the stolen items and exited the apartment complex's parking garage in the victims' Mercedes-Benz.

5. At or about 11:00 p.m. on July 16, 2023, the victims contacted the New York Police Department ("NYPD") to report the incident.

3

6. On or about July 18, 2023, NYPD officers located the victims' Mercedes-Benz in a parking garage located in Manhattan, New York. The parking garage is maintained by on-duty attendants who possess keys for the cars parked in the garage. Based on probable cause to believe that the victims' Mercedes-Benz was stolen, NYPD officers seized the Mercedes-Benz from the garage and informed the on-duty attendant to contact them if anyone subsequently requested the keys for the Mercedes-Benz.

7. On or about July 20, 2023, two individuals entered the Manhattan parking garage, approached the on-duty attendant, and requested the keys for the Mercedes-Benz. One of these individuals, identified as Zokirov, is shown in Figure 1 below. The attendant then requested the individual to produce identification. The individual produced a New York State driver's license in the name of Rustambek Zokirov, which the attendant photographed, as shown in Figure 2 below. The picture of Zokirov from his New York State driver's license matches one of the accomplices shown in video footage from the victims' apartment building, as well as video footage from the Manhattan parking garage.

8. The attendant then informed Zokirov that the Mercedes-Benz was seized by law enforcement, to which Zokirov responded that he was a law enforcement officer. The attendant then provided Zokirov with contact information for the NYPD. Zokirov then called the NYPD via a cellular device with a call number of 347-348-6026, which is registered to Zokirov.

9. On August 2, 2023, law enforcement searched Zokirov's residence and arrested him pursuant to a search and arrest warrant concerning the above-described conduct. Inside of Zokirov's residence, Zokirov's mother identified WEI HUANG as Zokirov's accomplice in the above-described July 16, 2023 robbery. After waiving his Miranda rights,

Zokirov also identified WEI HUANG as his accomplice in the above-described July 16, 2023 robbery. Further, inside of Zokirov's residence, a credit card in WEI HUANG's name was found.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued so that the defendant, CHENG WEI HUANG, may be dealt with according to law.

/s/ Sarah Van Fossen
SARAH VAN FOSSEN
Special Agent,
Federal Bureau of Investigation

Sworn to before me ~~telephonically~~ this 2 day of August, 2023

TH
UN
EA